TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
CLAY A. PLUMMER
Nevada Bar No. 6778
Special Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
clay.plummer@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RITO LOPEZ-MUNDO,<br>　aka "Cora Aguayo-Mundo,"<br>　aka "Everado Cobarubia Altamirano,"<br>　aka "Everado Cobarubia Lopez,"<br>　aka "Rito Everado-Cobarubia,"<br>　aka "Everado Cobarubia Mundo,"<br>　aka "Joaquin Altamiran-Bobadillo,"<br>　aka "Jose River-Lopez,"<br><br>　　　Defendant. | Case No. 2:25-mj-00868-BNW<br><br>**CRIMINAL COMPLAINT**<br>for violation of Deported Alien Found in the United States<br>(8 U.S.C. § 1326(a) and (b)) |

BEFORE the Honorable Brenda N. Weksler, United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

### COUNT ONE
Deported Alien Found in the United States
(8 U.S.C. § 1326(a) and (b))

On or about July 14, 2023, in the State and Federal District of Nevada,

RITO LOPEZ-MUNDO,
aka "Cora Aguayo-Mundo,"
aka "Everado Cobarubia Altamirano,"
aka "Everado Cobarubia Lopez,"
aka "Rito Everado-Cobarubia,"
aka "Everado Cobarubia Mundo,"
aka "Joaquin Altamiran-Bobadillo,"
aka "Jose River-Lopez,"

defendant herein, an alien, was found in the United States after having been deported and removed therefrom on or about May 13, 1996, November 3, 1997, August 12, 1998, March 25, 2005, May 28, 2013, and October 5, 2018, having reentered and remained in the United States, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. § 1326(a) and (b).

## PROBABLE CAUSE

I, Raymond Thayer, state the following as and for probable cause.

1. I have been employed with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), as an Immigration Enforcement Agent and Deportation Officer ("DO") since February 2007. I am currently assigned as a DO to the Las Vegas Office's Enforcement and Removal Operations Criminal Prosecution's Section. In this capacity, I investigate and process a range of immigration related offenses mainly focusing on obtaining federal prosecutions and indictments for violent criminal aliens, such as violations of 8 U.S.C. §§ 1325 and 1326.

2. This Affidavit is made in support of a criminal complaint against RITO LOPEZ-MUNDO ("Defendant"), also known as Cora Aguayo-Mundo, Everado Cobarubia Altamirano, Everado Cobarubia Lopez, Rito Everado-Cobarubia, Everado Cobarubia Mundo, Joaquin Altamiran-Bobadillo, and Jose River-Lopez, for a violation of

2

8 U.S.C. § 1326(a) and (b), Deported Alien Found in the United States. The information contained in this Affidavit is based on my own personal investigation and information communicated to me by other law enforcement officers with personal knowledge of facts relevant to this investigation. The Affidavit is intended only to show that there is probable cause for the requested complaint and does not purport to set forth all of my knowledge of, or investigation into, this matter.

3. On July 14, 2023, ICE learned that Defendant was in custody at the Clark County Detention Center. On July 4, 2023, Las Vegas Metropolitan Police Department arrested Defendant for robbery with a deadly weapon, assault with a deadly weapon, kidnapping 1st degree with deadly weapon, own possess gun by prohibited person. Because record checks indicated Defendant is a citizen of Mexico, illegally present in the United States after previously being removed, ICE lodged a DHS Form I-247A, Immigration Detainer. On November 26, 2025, the Nevada Department of Corrections remanded Defendant to ICE Las Vegas, Nevada, custody after he served a 19 to 48 month sentence for conspiracy to commit robbery.

4. On or about November 26, 2025, I reviewed printouts from the Federal Bureau of Investigation ("FBI") relating to Defendant. Based on my training and experience, I know that the FBI databases contain records of arrests and convictions of individuals, based on an individual's FBI number. I also know that an FBI number is assigned based on unique fingerprint characteristics, and that police departments routinely fingerprint each person who is booked into custody for identification purposes and inclusion into criminal history databases.

1  5. A query of Defendant's automated criminal history confirmed that he had
2  been convicted of the following felonies prior to his most recent removal, which subject him
3  to the heightened penalty provisions of 8 U.S.C. § 1326(b):
4  a. on or about October 28, 1994, Defendant was convicted of Attempt
5  Robbery, in violation of California Penal Code 211, 213, 664, in the Superior Court, San
6  Diego County, California, Case No. SCD 105612.
7  b. on or about January 16, 1997, Defendant was convicted of Deported
8  Alien Found Unlawfully in the United States, in violation of 8 U.S.C. § 1326, in the U.S.
9  District Court, Southern District of California, Case No. 97-0133-GT.
10  c. on or about April 13, 1999, Defendant was convicted of Deported
11  Alien Found Unlawfully in the United States, in violation of 8 U.S.C. § 1326, in the U.S.
12  District Court, Southern District of California, Case No. 98-2602-J.
13  d. on or about April 3, 2006, Defendant was convicted of Deported Alien
14  Found Unlawfully in the United States, in violation of 8 U.S.C. § 1326, in the U.S. District
15  Court, Southern District of California, Case No. 05CR0939-W.
16  e. on or about June 15, 2015, Defendant was convicted of Deported
17  Alien Found Unlawfully in the United States, in violation of 8 U.S.C. § 1326, in the U.S.
18  District Court, Southern District of California, Case No. 15CR0036-W.
19  6. On or about November 26, 2025, I obtained the DHS Administrative File
20  ("A-File") for the subject assigned Alien Registration Number 029 256 109, whose name of
21  record is "Rito Lopez-Mundo" (hereinafter, the "Lopez-Mundo A-File"). Based on my
22  training and experience, I know that a DHS A-File is a file maintained by DHS in which
23  immigration records are maintained for an alien admitted to, or found in, the United States.
24  I also know that a DHS A-File usually contains photographs, fingerprints, court records of

conviction, and all records relating to deportation or other actions by DHS – or its predecessor, the Immigration and Naturalization Service ("INS") – with respect to the subject alien for whom the DHS A-File is maintained. As discussed in more detail below, my review of the Lopez-Mundo A-File confirmed that this A-File corresponds with Defendant.

       7.     The Lopez-Mundo A-File contained the following documents and information, among other things, regarding Defendant's immigration status:

          a.     Executed Warrants of Removal / Deportation (ICE Forms I-205) indicating that Defendant was officially removed and deported from the United States to Mexico on or about May 13, 1996, November 3, 1997, August 12, 1998, March 25, 2005, May 28, 2013, and October 5, 2018. I know from my training and experience that a Warrant of Removal / Deportation (ICE Form I-205) is executed each time a subject alien is removed from the United States by ICE (and in the past by its predecessor agency, the INS) and usually contains the subject's photograph, signature, and / or fingerprints. The executed Warrants of Removal / Deportation (ICE Forms I-205) referenced above that I found in the Lopez-Mundo A-File contain Defendant's photograph, signature, and fingerprints.

          b.     A Record of Deportable / Inadmissible Alien (Forms I-213) dated May 7, 2005, August 19, 2012, December 13, 2014, and November 26, 2025, which all state Defendant is a native and citizen of Mexico.

       8.     On or about November 26, 2025, I reviewed certain printouts of ICE computer indices contained in the Lopez-Mundo A-File. Based on my training and experience, I know that ICE computer indices track and document each time an alien has been deported from the United States by ICE (or previously by the INS) or was granted

permission to enter or re-enter the United States. The ICE computer indices confirmed that Defendant had been removed and deported on or about the dates indicated on the Warrants of Removal / Deportation (ICE Forms I-205) found in the Lopez-Mundo A-File.

9. Based on my review of the Lopez-Mundo A-File, I determined that it does not contain any record of him ever having received permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after deportation and that, if such documentation existed, it would ordinarily be found in the Lopez-Mundo A-File.

10. Based on my training, experience, and review of the contents of the Lopez-Mundo A-File, in particular the Warrants of Removal / Deportation, which indicate that Defendant had been deported to Mexico, I determined that Defendant is an alien – that is, a citizen of Mexico.

11. Based on the above, I believe there is probable cause that Rito Lopez-Mundo, did violate 8 U.S.C. § 1326(a) and (b) (Deported Alien Found in United States).

_____
Raymond Thayer, Deportation Officer
Immigration and Customs Enforcement

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other reliable electronic means on this __15th__ day of December, 2025.

_____
HON. BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE