**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00868-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| RITO LOPEZ-MUNDO, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on March 30, 2026 at the hour of 4:00 p.m., be vacated and continued to  May 29, 2026  at the hour of  4 :00  p.m.

DATED this 25th day of March, 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3