RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KEISHA K. MATTHEWS
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Keisha_Matthews@fd.org

Attorney for Rito Lopez-Mundo

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00868-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Third Request) |
| RITO LOPEZ-MUNDO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Keisha K. Matthews, Assistant Federal Public Defender, counsel for Rito Lopez-Mundo, that the Preliminary Hearing currently scheduled on May 29, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than July 14, 2026.

This Stipulation is entered into for the following reasons:

1.      The parties have reached a resolution and there is a change of plea scheduled for July 14, 2026 in case number 2:26-cr-00070-GMN-DJA.

2.      Defendant is in custody and does not object to a continuance.

3.   Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 14th day of May, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Acting Attorney General |
| By */s/ Keisha K. Matthews*<br>KEISHA K. MATTHEWS<br>Assistant Federal Public Defender | By */s/ Clay Plummer*<br>CLAY PLUMMER<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-mj-00868-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| RITO LOPEZ-MUNDO, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on May 29, 2026 at the hour of 4:00 p.m., be vacated and continued to July 20, 2026 at the hour of 4 : 00 p.m.

DATED this 18th day of May, 2026.

_____

UNITED STATES MAGISTRATE JUDGE

3